1
2
3
4
5        IN THE UNITED STATES DISTRICT COURT
6           FOR THE DISTRICT OF ARIZONA
7

| | |
|---|---|
| Ignacio Lopez, | No. CV 06-419-TUC-FRZ (BPV) |
| Plaintiff, | **ORDER** |
| vs. | |
| University of Arizona Hospital, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bernardo P. Velasco. The Report and Recommendation finds that the case must be dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B). Plaintiff has objected to the Report and Recommendation. The Court reviews de novo the objected-to portions of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). The Court finds that Plaintiff's objections are without merit; the Report and Recommendation appropriately resolved the issues at bar. As to the remaining issues that were not specifically objected to by Plaintiff, the Court concludes that Magistrate Judge Velasco's recommendations are not clearly erroneous. *See id.*

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Report and Recommendation is **accepted and adopted**;

1  (2) This case is **dismissed with prejudice**;
2  (3) All remaining motions are **denied as moot**;
3  (4) The **Clerk of the Court shall enter judgment accordingly and close the file in this**
4  **case**.
5     DATED this 31st day of March, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge